CITY OF PASSAIC, PETITIONER-PETITIONER, v. BOTANY MILLS, INC., *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 72 *N. J. Super.* 449.

*Mr. William N. Gurtman* for the petitioner.

*Mr. Nicholas Martini, Mr. Vincent E. Hull, Mr. Ezra W. Karkus* and *Mr. Thomas E. Duffy* for the respondents.

May 14, 1962.

JACK GRUBER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THE MAYOR AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF RARITAN, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 73 *N. J. Super.* 120.

*Messrs. Roberts, Pillsbury & Carton* for the petitioners.

*Messrs. Parsons, Canzona, Blair & Warren* for the respondents.

May 14, 1962.